

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

---

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

June 16, 2009

Honorable Stephen L. Crocker
United States Magistrate Judge
120 N. Henry St.
Madison, WI 53703

RE: Parenteau, Kim A.
    Reg. No.: 06791-090
    Case No.: 08-cr-191-C

Dear Judge Crocker:

In accordance with your court order dated March 19, 2009, Mr. Parenteau has been committed to FDC SeaTac, for a period of study to determine his mental competency.

On May 26, 2009, you approved a request for the 30-day study to begin on Mr. Parenteau's day of arrival, which was May 15, 2009, with the final report being submitted to you no later than June 28, 2009. Because the defendant is being scheduled for a CT scan at an outside facility, we are now requesting a 15-day extension. If you concur, the final report will be submitted to you no later than July 13, 2009. If the Court has questions or comments regarding the evaluation please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Robert J. Palmquist
Warden

GRANTED,
Stu M
6-17-09

cc: Elizabeth Altman, AUSA
    Erika Bierma, Defense Attorney